UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE BURCH, ) | |
| ) | CASE NO. C10-0807-JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| STEVE HAMMOND, et al., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff Lance Burch filed this civil rights and Americans with Disabilities Act complaint on May 14, 2010. (Dkt. 1.) Plaintiff now files an Agreed Motion to Dismiss, without costs to either party. (Dkt. 11.) The undersigned therefore recommends that this matter be dismissed without prejudice and without costs to either party. A proposed Order accompanies this Report.

DATED this <u>1st</u> day of November, 2010.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -1