UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LANCE BURCH,

    Plaintiff,

v.

STEVE HAMMOND, et al.,

    Defendant.

CASE NO. C10-0807-JLR

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) By stipulation of the parties, the complaint and this action are DISMISSED without prejudice and without costs to any party; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 10 day of November, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -1

10-CV-00807-ORD